UNITED STATES of America,
Plaintiff–Appellee

v.

Guillermo RODRIGUEZ–FLORES, also
known as Memo, Defendant–
Appellant.

No. 06–10181
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 12, 2008.

Susan B. Cowger, Tamara Lynn Reno, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Heather J. Barbieri, Plano, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This court granted counsel's motion to withdraw and dismissed the appeal of Guillermo Rodriguez–Flores pursuant to *Anders v. California.*[1] The Supreme Court vacated and remanded for further consideration in light of *Gall v. United States.*[2]

We have reconsidered this matter in light of *Gall.* However, nothing in the Supreme Court's *Gall* decision requires us to change our prior opinion in this case.[3] Accordingly, we reinstate the prior opinion. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *United States v. Rodriguez–Flores,* 236 Fed.Appx. 138 (2007).

2. 552 U.S. ——, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

3. *See U.S. v. Rodriguez–Rodriguez,* 530 F.3d 381, 385–89 (5th Cir.2008).